MEXICAN CENT. RY. CO., Limited., v. ECKMAN. (Circuit Court of Appeals, Fifth Circuit. November 26, 1907.) No. 1,475. In Error to the Circuit Court of the United States for the Western District of Texas. T. A. Falvey and Waters Davis, for plaintiff in error. Geo. E. Wallace, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Considering the answer of the Supreme Court of the United States to the questions heretofore certified in this case (see Mexican Central Railway Co., Ltd., v. J. W. Eckman, Guardian, etc., 205 U. S. 538, 27 Sup. Ct. 791, 51 L. Ed. 920, and the case of Slater v. Mexican Central National Railroad Company, 194 U. S. 120. 24 Sup. Ct. 581, 48 L. Ed. 900), the judgment of the Circuit Court is reversed, and this cause is remanded, with instructions to dismiss the same at the costs of the plaintiff below, but without prejudice to an action in any court willing and competent to administer relief under the laws of Mexico.

---

ROLLER v. BURKETT et al. (Circuit Court of Appeals, Fifth Circuit. November 26, 1907.) No. 1,553. Appeal from the Circuit Court of the United States, for the Eastern District of Louisiana. Thos. J. Gibson, Hiram Glass, W. L. Estes, Jno. J. King, and C. K. Bell, for appellant. Chas. S. Todd, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This appeal is dismissed, on the authority of Menge v. Warriner, 120 Fed. 816, 57 C. C. A. 432. and Cay v. Vereen, 144 Fed. 839, 75 C. C. A. 667, and authorities there cited.

---

WAGGONER et al. v. NATIONAL BANK OF COMMERCE et al. (Circuit Court of Appeals, Fifth Circuit. November 26, 1907.) No. 1,718. Appeal from the Circuit Court of the United States for the Northern District of Texas. W. O. Davis and Sam J. Hunter, for appellants. J. H. Barwise, Jr., Geo. E. Miller, and F. E. Dycus, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This is the second appeal in this case. The decree now before us seems to be in accordance with our views as expressed in our former opinion (143 Fed. 53, 74 C. C. A. 207), and in the matters not passed upon in the former appeal seems to be correct. It is, however, somewhat involved, and, as it is suggested that under one aspect of the decree, it might permit a double recovery on the Coffey-Neal chattel mortgage, it is amended by limiting the full recovery by the National Bank of Commerce and the Bank of America, as against W. T. Waggoner and Robert Houssels, to the sum of $13,337.50, together with 10 per cent. interest thereon from date of decree, that being the full amount secured by said chattel mortgage; and, as thus amended, the decree is affirmed.

---

ZARAFONITIS et al. v. UNITED STATES.* (Circuit Court of Appeals, Fifth Circuit. December 10, 1907.) No. 1,717. In Error to the Circuit Court of the United States for the Northern District of Texas. Yancey Lewis and Nelson Phillips, for plaintiffs in error. Wm. H. Atwell, U. S. Atty. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Notwithstanding the exhaustive brief filed, we adhere to our conclusions in this case when it was before the court at a former term (United States v. Zarafonitis et al., 150 Fed. 97, 80 C. C. A. 51); and the judgment of the Circuit Court is affirmed.

*Rehearing denied January 21, 1908.